Frederick J. WOLFE and Heather B. Wolfe, his wife, Plaintiffs-Appellees,

v.

E.F. HUTTON & COMPANY, INC. and Peter Panos, Defendants-Appellants.

No. 85–3352.

United States Court of Appeals, Eleventh Circuit.

Sept. 15, 1987.

Keith Olin, Bennett Falk, Miami, Fla., for defendants-appellants.

Parker, Johnson, Owen & McGuire, Elmo R. Hoffman, Orlando, Fla., Greenfield & Chimicles, E. Stirling Lathrop, Haverford, Pa., for plaintiffs-appellees.

---

Albert J. Beveridge, III, John S. Guttmann, Robert H. Singletary, Jr., Beveridge & Diamond, Washington, D.C., for amicus curiae Werner Heierli.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, CLARK and EDMONDSON, Circuit Judges,[*] and HENDERSON,[**] Senior Circuit Judge.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

Pursuant to the judgment of the Supreme Court of the United States, —— U.S. ——, 107 S.Ct. 3205, 96 L.Ed.2d 692, the district court's judgment is REVERSED and the case REMANDED for further proceedings in light of *Shearson/American Express, Inc. v. McMahon,* 482 U.S. ——, 107 S.Ct. 2332, 96 L.Ed.2d 185 (1987).